UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                    Chapter 11

28 BSJ LLC,                                                         Case No. 20-40992 (ESS)

                                    Debtor.
---------------------------------------------------------------X

## ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SCHEDULING JOINT HEARING ON PLAN AND DISCLOSURE STATEMENT

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by 28 BSJ LLC (the "Debtor") on September 16, 2020 (the "Disclosure Statement") referring to a small business plan under Chapter 11 of the Bankruptcy Code filed by the Debtors on September 16, 2020 (the "Plan"); and the Court having considered conditional approval of the Disclosure Statement at a hearing held on October 8, 2020, and it appearing that no other or further notice need be provided; and the Court having conditionally determined that the Disclosure Statement contains adequate information; and no objections to the Disclosure Statement having been filed; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED,** that the Disclosure Statement dated September 16, 2020, filed by the Debtor on September 16, 2020, is hereby conditionally approved; and it is further

**ORDERED**, that within 3 business days after entry of this order, the Debtor shall mail the Plan dated September 16, 2020, the Disclosure Statement dated September 16, 2020, a ballot conforming to Official Form B314, and a copy of this Order to all creditors, equity security holders, all parties that have filed a notice of appearance in connection with this case, and other parties in interest, and shall transmit the same to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d); and it is further

**ORDERED**, that a **telephonic** hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Confirmation Hearing") shall be held on November __, 2020, at __:00 _.m. before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, Eastern District of New York, and parties should visit the Bankruptcy Court's website at **https://www.nyeb.uscourts.gov/** for the procedure regarding how to appear for the hearing by phone**.**; and it is further

**ORDERED**, that to be counted as votes to accept or reject the Plan, all Ballots must be properly executed, completed and delivered to Brian J. Hufnagel, Esq., 357 E Fulton St., Long Beach, New York 11561, as the Debtor's voting agent either by (a) email to bjhufnagel@m-t-law.com; (b) regular mail, (b) overnight courier or (c) personal delivery so that, in each case, all Ballots are received by MT Law no later than 5:00 p.m., Eastern Time, on November __, 2020; and it is further

**ORDERED**, that any responses or objections to final approval of the Disclosure Statement or confirmation of the Plan must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed and served in order that they be received in hand by no later than **5:00 p.m. on November __, 2020** by (i) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, (ii) Morrison Tenenbaum, PLLC, 87 Walker Street, Floor 2, New York, NY 10013, Attn: Brian J. Hufnagel, Esq., and (iii) a chambers copy shall be delivered to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the Conrad B. Duberstein U.S. Courthouse located at 271-C Cadman Plaza East, Brooklyn, New York 11201.